JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armonia Rigsby, et al., | NO. CV 11-02766 SJO (PJWx) |
| Plaintiffs, | |
| | **JUDGMENT** |
| v. | |
| County of Los Angeles, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants County of Los Angeles, Deborah De La Parra, and Kary Ikemoto's Motion for Summary Judgment is granted on the ground that no disputed issues of material fact exist for trial on Plaintiffs Rigsby and J.R.'s federal claim under 42 U.S.C. § 1983 for violation of right of privacy for juvenile records.

///
///
///
///
///

Judgment shall be entered in favor of Defendants County of Los Angeles, Deborah De La Parra, and Kary Ikemoto dismissing Plaintiffs Rigsby and J.R.'s 42 U.S.C. § 1983 claim.

IT IS SO ADJUDGED.

Dated:  August 2, 2011.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE